USDC SCAN INDEX SHEET










```
LMM    9/22/98   12:48
3:98-CV-00789   VARGAS V. TANIMURA AND ANTLE
*2*
*NTCCSDISM.*
```

```
SEAN T. O'BRYAN (State Bar No. 116065)
Attorney at Law
701 "B" Street, Suite 1050
San Diego, California 92101
Telephone (619) 231-3479

Attorney for Plaintiff
```

FILED
98 SEP 21 AM 11: 12

ORIGINAL

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VARGAS, | Case No. 98-CV-789 E (HAB) |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| TANIMURA & ANTLE, INC., a California Corporation, Corporation, | |
| Defendant. | |

Pursuant to Rule 41 (a) (1) (i) of the Federal Rules of Civil Procedure Plaintiff hereby dismisses this action without prejudice.

Dated: 9/21/98

Sean T. O'Bryan, Attorney for Plaintiff

ENTERED ON SEP 2 2 1998

1